UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TERRY WALLACE,<br><br>                Plaintiff,<br><br>vs.<br><br>THE STATE OF MONTANA, ED MCLEAN and LESLIE HALLIGAN, In their individual capacities, and the MONTANA SUPREME COURT, in their individual capacities, DOES 1-5,<br><br>                Defendant. | Case No. CV-18-103-H-RJB<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 28), this case is DISMISSED.

Dated this 8th day of April, 2019.

                              TYLER P. GILMAN, CLERK

                              By: <u>/s/ Heidi Gauthier</u>
                              Heidi Gauthier, Deputy Clerk